| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>BEFORE: GARY R. BROWN, U.S. DISTRICT JUDGE | Courtroom 940<br>DATE: 6/15/2023     TIME: |

CASE: Civil Cause for Telephone Pre-Motion Conference
2:23-cv-01145-GRB-ST Adams v. Quality King Distributors Incorporated

APPEARANCES:     Plaintiff: David Ferguson

                 Defendant: **Kathryn J. Barry**

FTR: AT&T 3:00-3:20

**Motion for:**

| | |
|---|---|
| view5 | MOTION to Dismiss for Failure to State a Claim by Quality King Distributors Incorporated |

Case called.

☒     Counsel for all sides present.

☒     Pre-motion conference held.

   ☐ Parties to meet and confer and submit a schedule within 2 weeks.
   ☐ Motion Schedule set.     Motion served by:
                              Response served by:
                              Reply and all papers filed by:

☐     Discovery to proceed while motion is pending. Parties to contact Magistrate Judge assigned to the case to schedule an Initial Conference.

☒     Motion argued.

☒     The Court deems the motion made.

☒     Other: <u>For the reasons set forth on the record, the complaint is dismissed without prejudice to amending.  Plaintiff has 30 days from today to file an amended complaint.</u>

☐     The parties are to submit order on notice to all parties.

☐     Settlement discussed. Choose an item.

☐     Jury Selection and trial set for:
         Joint pretrial order due by:

\*\* To obtain a copy of the transcript counsel should contact the ESR department in Central Islip at (631) 712-6030. Instructions and forms for requesting a transcript can be found at https://www.nyed.uscourts.gov/ under the *Court Information* tab.\*\*